

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00368-CV

**IN THE INTEREST OF B.J.B.**, et al., Children

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 13-311-CCL
Honorable Michael P. Peden, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: December 12, 2018

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was filed on July 3, 2018. On October 1, 2018, we issued an order notifying appellant that we would consider the appeal without the benefit of a reporter's record because appellant failed to pay the reporter's fee and also failed to show that she was entitled to appeal without paying the reporter's fee. We ordered appellant's brief due no later than October 31, 2018. Appellant did not file a brief, and thus on November 9, 2018, we ordered appellant to file, on or before November 26, 2018, a written response explaining why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order). Appellant failed to respond to our order. We therefore dismiss this appeal for want of prosecution.

PER CURIAM